No. 681. BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES ET AL. *v.* UNITED STATES ET AL., *ante,* p. 169. The motion to vacate the stay order is granted. *Ralph L. McAfee, John H. Pickering* and *Richard D. Rohr* for the Erie-Lackawanna Railroad Co., appellee-movant. *Solicitor General Cox* for the United States et al., in support of the motion. *William Grattan Mahoney* for appellants, in opposition.

No. 399, Misc. NUNES *v.* RAGEN, WARDEN;
No. 455, Misc. IN RE PERRONI; and
No. 588, Misc. IN RE PRESTON. Motions for leave to file petitions for writs of habeas corpus denied.

No. 2, Misc. MATHEWS *v.* COLORADO. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 778. UNITED GAS PIPE LINE CO. *v.* IDEAL CEMENT CO. ET AL. Appeal from the United States Court of Appeals for the Fifth Circuit. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. *E. Dixie Beggs* for appellant. *S. P. Gaillard, Jr.* for Scott Paper Co., and *Marion R. Vickers* for Ideal Cement Co., appellees.

No. 753. RICHARDS ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari granted. *Edward M. O'Brien* and *Truman B. Rucker* for petitioners. *Solicitor General Cox* for the United States, and *W. B. Patterson* and *Fred M. Mock* for American Airlines, Inc., respondents.